Wendell D. Z. Reese, a Minor, by Guy F. Reese, his Father and Next Friend, Plaintiff-Appellant, v. Margaret Laymon, Defendant-Appellee.

Gen. No. 9,814.

H. F. Simonson, and Norval D. Hodges, for appellant; Henry I. Green, Darius E. Phebus, and Hurshal C. Tummelson, for appellee. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full. Opinion filed March 11, 1952; rehearing denied May 6, 1952; released for publication May 6, 1952.

Herbert Cook and Virgil Staples, Plaintiffs-Appellants, v. A. M. Weyant, Defendant-Appellee.
A. M. Weyant, Counterclaimant-Appellee, v. Herbert Cook, Counterdefendant-Appellant.

Gen. No. 9,774.

Mark O. Roberts, and Hugh J. Graham, Jr., for appellants; Hugh J. Dobbs, for appellee; Gillespie, Burke & Gillespie,

of counsel. Opinion by JUSTICE WHEAT. Not to be published in full. Opinion filed March 11, 1952; rehearing denied April 30, 1952; released for publication April 30, 1952.

## Adran Wilson, as Guardian of Estate of Ouida Frances Word, a Minor, Plaintiff-Appellant, v. Donald B. Esch, Defendant-Appellee.

**Gen. No. 9,815.**

W. Carl Allen, and Webber & Balbach, for appellant; Philip C. Zimmerly, of counsel; Arthur J. B. Showalter, for appellee. Opinion by JUSTICE WHEAT. Not to be published in full. Opinion filed March 11, 1952; rehearing denied April 30, 1952; released for publication April 30, 1952.

## Margaret Doering, and Alma Jurgensen, Appellants, v. Earl Franklyn Warner et al., Appellees.

**Gen. No. 45,502.**